FILED

August 19, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____    MGR

DEPUTY

Dear District Clerk.

I Eric Jervon McBee #2167666 is writing this to inform the court that the Judge signed these Papers on the July 10th I only have 30 days I Just recieved these papers on August 1 2024 at the Memorial unit, The papers were sent to Dominguez Unit, And Im indisent so I will be also waiting on the law library to send the paperwork as

Respectfully submitted by Eric Jervon McBee

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 07/2021)

## IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF TEXAS
_____ DIVISION

Eric Jervon McGee # 2167666
Plaintiff's Name and ID Number

Dominguez Unit
Place of Confinement

CASE NO. **5:24-CV-00410-JKP**
(Clerk will assign the number)

v.

Warden - Terry Andrews
Defendant's Name and Address

Technician - Buluti
Defendant's Name and Address

Nurse Practitioner - Lara
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.   To start an action you must file an original and one copy of your complaint with the court.  You should keep a copy of the complaint for your own records.

2.   Your complaint must be legibly handwritten, in ink, or typewritten.  You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct.  If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.**  ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.   You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure.  Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.   When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred.  If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID),  the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

Case # 5:24 cv-00410-JKP

Attachment to Page 1

V.    Defendant's Name and address

Warden-Terry Andrews - 6535 Casnon Rd , San Antonio , Tx 78252

Technician - Buluti' - 6535 Casnon Rd, San Antonio, Tx 78252

Nurse Practitioner - Laira - 6535 Casnon Rd, San Antonio Tx 78252

Provider - Smith - 6535 Casnon Rd , San Antonio Tx 78252

Doctor - Cortes - 6535 Casnon Rd San Antonio Tx 78252

Securus - 6535 Caanon Rd San Antonio Tx 78252

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.   PREVIOUS LAWSUITS:

    A.   Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? __✓__YES___NO

    B.   If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.   Approximate date of filing lawsuit: Ground about March 8th 2023 / NA the othr

        2.   Parties to previous lawsuit:

            Plaintiff(s) Eric Jervon McGee

            Defendant(s) Major Goodon, Lt Sahrod , Sgt Boy , Nurse Onousu

        3.   Court: (If federal, name the district; if state, name the county.) Bob Casey Courthouse, Houston TX

        4.   Cause number: 4:23-CV-00844 / NA othor 3

        5.   Name of judge to whom case was assigned: David Hittner

        6.   Disposition: (Was the case dismissed, appealed, still pending?) Still pending

        7.   Approximate date of disposition: N/A

II.    PLACE OF PRESENT CONFINEMENT: _Memorial Unit_

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?    ✓YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A.   Name and address of plaintiff: _Eric Jervon McGee #2167666_
_59 Darrington Rd Rosharon Tx 77583_

B.   Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: _Warden - Terry Andrews - 6535 Cagnon Rd, San Antonio Tx 78252_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Paid or made inmates to put scorpions and spiders on me_

Defendant #2: _Technician - Buluti - 6535 Cagnon Rd San Antonio Tx 78252_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Deprived me out of medical treatment._

Defendant #3: _Nurse Practitioner Laira - 6535 Cagnon Rd San Antonio Tx 78252_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_injected me with securgom_

Defendant #4: _Provider - Smith - 6535 Cagnon Rd San Antonio Tx 78252_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Deprive me out of medical treatment_

Defendant #5: _Doctor Cortes - 6535 Cagnon Rd San Antonio Tx 78252_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Deprive me out of medical treatment_

3

Attachment to Page 3

B Defendant #1 while Im a sleep, also had inmates inject me with scorpion and spider venom and versertle or versettlity. and had Technician Buloti. shoot me with sacureum but nurse Practitioner took it away and injected me with it. said it was a form of Pinicillin. Also had Dr Cortes and Provider Smith deprive me out of medical treatment along with Technician Buloti

Defendant #2 would go in smelling like blood and dookie and he would state he could not do nothing for me. as Im telling him Ive been stung by scorpions and spiders

Defendant #4 as I told her about the inmates injecting me with unknown liquid and Im smelling like blood and dookie. did nothing to help me

Defendant #5 told me everything was normal and nothing was wrong even though I smelled like blood and dookie I was never diagnose for anything anywhere in TDCJ from any medical department.

Defendant #6 Securus 6535 Cagnon Rd San Antonio TX 78252.
Let inmate recieved sexual pictures of me set into the unit when thats stuff is prohibited

Statement Claim

with Scorpion and Spider venom, and the Warden Terry Andrews is paying or makins the inmates do it, and not doins anything about it beside, putting in K-building and feedins me cat dookie and Versetile or versetility. Also house me in Bravo 1 buildins dorm Z bunk one off camera, and had inmate Razo do the same stuff, injed me in the head with Versetile or Versetili while Im can a sleep and put it in my commissary. Nothing was never done, because Sst Ruiz is working with the warden Terry Andrews. Also Warden Terry Andrews uses mental health to make it seems like Im crazy and to have them lock me up in K-building. Mental Health and Warden Terry Andrews is abusins their authority. Everytime I contact my family and tell them whats going on, He uses Mental Health, Warden Terry Andrews is the one is the one who is trying to kill me for some reason, every since he showed up at Dominguez unit. Only thing I can think of me putting Sst Bey in the Darrington lawsuit, and thats what inmate E.R. stated that they are goins to kill me for Sst Bey, Also stated she's paying them to do the spider scorpion venom. And Terry Andrews is friends with Sst Bey son D.K. Terry Andrews also states to the inmates "You think Ima let him take my homeboy momma 401K, I needle marks (track marks) on my arm were they were injecti me in Bravo Z buildins 8 dorm 15 bunk off ccmera

Attachment to page 7

and Securus let pictures come in of me being rape and also a girl getting her head chop off come in on the inmate Tablets, pictures like that are not allowed in TDCJ sexual pictures of me,

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Around about September 2023 at Dominguez Unit during lockdown I was taken to medical, cause of me complains about scorpion and spider bites, Nurse Practitioner Loira gave me a shot that was sacurvam, Bulutl said it would pall out the venom, it made me week and gave me some polysporin to put on the stings and spider bites. Warden Terry Andrews is behind it all. He's the one told them to inject me with it, As time go by the inmates are still putting the scorpions and spiders and injecting

VI.    RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Prosecute everyone involved and compensation forty million dollars punity and actual

VII.    GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Eric Jervon McBee

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

1657750, 1933108, 2167666

VIII.    SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✓NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division):_____

2. Case number:_____

3. Approximate date sanctions were imposed:_____  N/A

4. Have the sanctions been lifted or otherwise satisfied? ____YES ____NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?      _____ YES  ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

    1. Court that issued warning (if federal, give the district and division): _____

    2. Case number: _____

    3. Approximate date warning was issued: _____

Executed on: _____
           DATE

_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

    1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

    2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

    3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.

    4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

    5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____1_____ day of __August__, 20 _24_.
         (Day)              (month)        (year)

_____
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Amended Complaint
To why this case should not be dismissed.

I Eric Jelvan McBee # 2167666 is writtins to in form the court that Warden Terry Andrews is abusing his authority by makins or paying inmates by havins them comitt criminal acts inside a prison. by havins them put scorpions and spiders, and inject me with venom while Im a sleep, It causes me to smell like blood. I wrote medical I-60 after I-60 (my tablet is a witness) lettins my family know that medical is not doing anything for me. I sent out serual E-messages to my family. Durins lock down around about September 2023. I was escorted to medical and was given a shot, I was told it was sacuraum a form of Pinicillin (from my blood test I dont think I ever had Pinicillin in me from September 2023. Said the Pinicillin would pull the venom out. it made me ẽ3m made me weak, I had to hold myself up on the fence in the waiting area, and hold on to the fence walkins back to the dorm. Nurse Practitioner Lalra gave the shot to me in my left arm. Inmates continue to put spiders and scorpions on me So I wrote a letter to Prea Sst Ruiz. They didn't do anythins to the inmates, put me in K-boilding. thats how I found out they were put versetile or versetility in me and my commissary, cause I start smellins like blood and dookie, Prior to that when I Started smellins

like dookie and blood I started writing more I-60 to
medical and Technician Buloti would deprive me out of
treatment. telling it was nothing for him to do for me.
That he couldn't do anything for me. Grievances never
would get answer or the Grievance lady was covering up
for the Warden. So the O2 Warden Davis put me in
cdo then back in k-building then seen U.C.C. and she
stated that they investigated it, and couldn't find
nothing, No spiders, No scorpions, as like I was
making it up. When I seen the stingers on my arm and
bed and felt dizzy at times from all the venom
they pump into me, or injected it in me. she
knows Terry Andrews is trying to kill me. Write more
I-60's to medical never called me in to talk about
my blood work or results. Dr. Cortes tells me I am
alright Dominguez don't have scorpions and spiders. Inmate
had tube a ware full of scorpions even went through
lock down went them, C and Buloti still tells me he can't
help me. So they move me to ~~Bravo 8~~ EJN ~~scorpions~~
~~scorpions EJN scorpions~~. Bravo 2 bunk 1
Inmate Razo bunk 6 is injecting me in the head
for the warden, he tells the inmates that warden

5:24-cv-00410-JKP

Terry Andrews is going to give me three million dollars to kill Eric McGee. Start to smell like dookie and blood again still get deprived by medical no help. nothing for my stomech and can't tell me what causing me to smell like dookie and blood. Provider Smith tells its the STD eating my breath up and tells me I'm lying about the scorpions and spiders and the inmates injecting me with Scorpion and spider venom now they started the versetile or verssetility or thats when I found out this right after lock down after I get out of k-building. Get moved to Bravo 8 dorm Once I tell my family that Razo is the one been injecting me in the head in Bravo 2 dorm. I found that out by officer Calderon, He blurted it out one morning as I'm going to medical (Thats why Razo going to kill you.) Thats when they tried to put a threating an officer ~~chase~~ EJm case on me. But I never went toward him or made a forward move, so it throwed ou moved me to Bravo 2 bunk 15 dorm behind a wall were the camera could not see me. Inmate continued to keep it up so I start writing Greisances and petition medical still ain't doing nothing for the injectors

of the smell (dookie + blood) medical personal

and warden Terry Andrews willing and knowning

deprived me out of medical treatment.

Technician Buloti, Nurse Technician Laira, Dr. Cortes

and Provider Smith. Knowins and willing deprive

me out of medical treatment. Never tried to

give me treatment, when the knew what the

warden Terry Andrews had goins on with the inmate

They knew I was gettins stuns and bitten by

Scorpions and spiders and gettins injected with

Versetile or Versetility. Please look into my lab

work from Feb 06 - 24 and April 11th 2024

you will see that Im not lyins about the

injection of Versetile or versetility or Venom. Warden

Terry Andrews use mental Health to cover up this

matter. Come see me Personally and ask me these

thinss.

5:24-cv-0040-JKP

before around about April 17th I showed major Bates and Sgt Daniels needles marks (track marks) scared on my arm I have 6 scared areas on my left arm below were my elbow and forearm meets and my inner bicept. I ask them to document them told me to write a I-60 to medical. Did that ICN nurse called me, I underlined the marks and she didit document them she said she would have the doctor look at them. That night I was on Chash Now Ive been gone from Dominguez Unit, Why I don't smell like blood and doobie. Dominguez administration knowed warden Terry Andrews was out to kill me.
Check out my blood work. Please do not dismissed the case look into this matter soon.

Respectfully Submitted by

8/11/24

# 5:24-cv-00410-JKP

## Injury it Cause

A. It damage my liver

B. It damage my Kidneys

C. It damge my stomach lineing

D It damage my colon

E. It damage my organs

D. It causes me to have massive Headaches

The scorpion and spider venom, and versetile or versetility damage the listing above, and warden the Terry Andrews know all about and didn't provide me with any medical treatment, alone with UTMB medical staff Technician Buluti, Practiction Laira, Dr. Cortes and Provider Smith deprived me out of medical treatment. As I suffered damage organs and still have a good amount in my blood

I Eric Jervon mcGee # 2167666 is writing to
to inform the court why this case should not
be dismissed. I truly believe that region 4
did a poor investigation. Not looking into my
lab work, seeing why I smelled like blood and
dookie, Not looking at the video footage. from
the time I got on the unit and to the time
of the complaint. my blood work will prove that
Im telling the truth. check the Terry Andrews
E-mails and phone record. And the Grievance
officer did not try to acknowledge my grievances
And Warden Davis knowed I smell like blood and
dookie in September when she put me in OP.I
and then told me none of the stuff I said
didn't happen, when its all on camera. when
I was in Delta building Delta 4 bunk 19, Because
they are covering for the warden. Please look
look into camera footage,

Respectfully Submitted by Eric Jervon McGee

CAX # 5:24-cv-00410-27 3/31/24
JKP

# TO: Grievance Department

I Eric Jervon McGee # 2167666 is writting
to let you know that these grievance
officers are not, helping us inmates
on are complaints, there friends, and
sleeping with these officers, so they are
not doing there job. They are depriving us
out of are constitional rights, please look
at the grievance. And I would like to
have them back


Repectfully submitted by

Eric Jervon McGee

APR 09 2024

The

Case # 5:24-cv-00410-JKP

## Texas Department of Criminal Justice

# STEP 1
## INMATE
## GRIEVANCE FORM

| OFFICE USE ONLY |
| --- |
| Grievance #: _____ |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Inmate: _____ |

Inmate Name: _Eric McGee_          TDCJ # _2167666_

Unit: _Dominguez_     Housing Assignment: _B-8-15_

Unit where incident occurred: _Dominguez infirmary_

---

**You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.**

Who did you talk to (name, title)? _Medical I-60's_                    When? _3 weeks ago_

What was their response? _none, lies_

What action was taken? _none_     MAR 19 2024

**State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.**

I had a lab test done on me 3/06/24
the lab technician, drew 1 ~~small~~ small glass
bottle of blood, she threw it in that dispencer
(trash), then she took 2 big bottles of blood
and she shook them up, I never gave her
urine or anything else, Provider Smith
is falsefying documents she saying 1 Aerobic and
2 anerobic bottles, I only gave two bottles
of blood, I watch the lab technician write
my name on them, never gave a 3'rd bottle
or urine, On the 2/6/24 I only gave
2 big bottles of blood, Provider Smith
is lying about this document she sent me
MAR 19 2024

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM          (OVER)**

I-127 Front (Revised 8/2022)

**Action Requested to Resolve Your Complaint.**

Find somebody that knows what they are doing, and will be honest    MAR 19 2024

**Inmate Signature:** Eric McC    **Date:** 3/19/24

**Grievance Response:**

**Signature Authority:** _____    **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:    *Resubmit this form when corrections are made.**

☑ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance # _____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** P. Talamantes) 13

**Application of the screening criteria for this grievance is not expected to adversely affect the inmate's health.**

**Medical Signature Authority:** _____

| OFFICE USE ONLY |
| --- |
| Initial Submission    UGI Initials: 13 |
| Grievance #: 2024081384 |
| Screening Criteria Used: #1 (699) |
| Date Recd from Inmate: MAR 19 2024 |
| Date Returned to Inmate: MAR 19 2024 |
| **2nd Submission**    UGI Initials: _____ |
| Grievance #: _____ |
| Screening Criteria Used: _____ |
| Date Recd from Inmate: _____ |
| Date Returned to Inmate: _____ |
| **3rd Submission**    UGI Initials: _____ |
| Grievance #: _____ |
| Screening Criteria Used: _____ |
| Date Recd from Inmate: _____ |
| Date Returned to Inmate: _____ |

**I-127 Back** (Revised 8/2022)



OFFICE USE ONLY

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Inmate: _____

# Texas Department of Criminal Justice

# STEP 1
## INMATE
## GRIEVANCE FORM

Inmate Name: **Eric McGee**          TDCJ # **2167666**

Unit: **Dominguez**     Housing Assignment: **B-8-15**

Unit where incident occurred: **Dominguez, chow Hall**

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? **Wrote I-60's, and a grievance** When? **40 days ago**

_major miller / Food serive_

What was their response? **none, cause they are still doing it**

MAR 19 2024

What action was taken? **no response**

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

The kitchen workers are putting that stuff in my food, the bread, @3/16/24 breakfast pancakes beef roll is what we had, as soon as I made it back to the dorm, I felt it, I know the symptoms cause they been putting it in so much, I know when its in my blood stream. They are doing it for there homeboys. I cant eat because Im risking my life when I eat chow so Im ~~reserving~~ not going to eat, and requesting to move off this unit because its just going to continue to go on as long as Terry Andrews is the warden. Inmates ~~are~~ already stated that the warden, Terry Andrews said keep putting in me long as they dont catch you. And also they put those pans in front of the serving line, mostly breakfast, and last chow thats when it ~~oooo~~ mostly take place Line ~~some~~ servers do not wear Hair + beard nets, no gloves.

MAR 19 2024

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM          (OVER)**

**Action Requested to Resolve Your Complaint.**

They are not going to stop, GET ME OFF. this Unit

MAR 1 9 2024

Inmate Signature _____ Date: 3/19/24

**Grievance Response:**

**Signature Authority:** _____ **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**     **\*Resubmit this form when corrections are made.**

☐ 1. Grievable time period has expired.

☑ 2. Submission in excess of 1 every 7 days. \*

☐ 3. Originals not submitted. \*

☐ 4. Inappropriate/Excessive attachments. \*

☐ 5. No documented attempt at informal resolution. \*

☐ 6. No requested relief is stated. \*

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. \*

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance # _____

☐ 10. Illegible/Incomprehensible. \*

☐ 11. Inappropriate. \*

**UGI Printed Name/Signature:** B. Talamantes / BT

Application of the screening criteria for this grievance is not expected to adversely affect the inmate's health.

**Medical Signature Authority:** _____

**OFFICE USE ONLY**

Initial Submission        UGI Initials: BT

Grievance #: 2024081385

Screening Criteria Used: #2 (b 99)

Date Recd from Inmate: MAR 1 9 2024

Date Returned to Inmate: MAR 1 9 2024

**2nd Submission**        UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Inmate: _____

Date Returned to Inmate: _____

**3rd Submission**        UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Inmate: _____

Date Returned to Inmate: _____

**I-127 Back** (Revised 8/2022)

Inmate Grievance Operations Manual
Appendix F

## Texas Department of Criminal Justice

# STEP 1
## INMATE
## GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Inmate: _____

Inmate Name: _Eric McGee_   TDCJ # _2167666_

Unit: _Dominguez_   Housing Assignment: _B-8-15_

Unit where incident occurred: _Dominguez_

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Major Miller, Food Service_   When? _MAR 26 2024 all the time_

What was their response? _none, still putting the pans up against the serving line_

What action was taken? _none,_

---

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

3-24-24 in chow hall I inmates stated to another inmate telling quit putting that versetile or Versetility in mcGee's food, cause yall don't have to smell that shit and putting us at risk, the other inmated behind the serving line said, Major miller said keep giving him that shit until he dies,

This does not have nothing to do about me working in the kitchen, this is about my life, This Kitchen is trash, diswasher use the same water does not work, rats running all over the place, So don't use Mrs Jeffries as your cructh, So Major miller knowing and willing know that inmates are putting that Versetile or Versetility in my food, I already wrote I-60s and greevances on this matter, all this is against policy, So he's working with the warden unstead of TDCJ, I heard the inmate state

---

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM        (OVER)**

I-127 Front (Revised 8/2022)

ity, Clearly, Major miller. Said beg giving 1- to t-
he dies, He's using Breakfast shift and last chow
to do the dirty work and the week ends, so his
Shif looks good. MAR 26 2024

**Action Requested to Resolve Your Complaint.**

Find some one who's going to be honest and trust
worthy and by policy does there job. MAR 26 2024

**Inmate Signature:** _Eric McL_    **Date:** 3/24/24

**Grievance Response:**

**Signature Authority:** _____    **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.

☑ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance # _____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** B. Talamantes / B—

**Application of the screening criteria for this grievance is not expected to adversely affect the inmate's health.**

**Medical Signature Authority:** _____

**OFFICE USE ONLY**

Initial Submission    UGI Initials: BT

Grievance #: 2024084192

Screening Criteria Used: #2 (549)

Date Recd from Inmate: MAR 26 2024

Date Returned to Inmate: MAR 26 2024

**2nd Submission**    UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Inmate: _____

Date Returned to Inmate: _____

**3rd Submission**    UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Inmate: _____

Date Returned to Inmate: _____



# Texas Department of Criminal Justice

# STEP 1
## INMATE
## GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Inmate: _____

Inmate Name: Eric McGhee    TDCJ # 2167666

Unit: Dominguez    Housing Assignment: B-8-15 ✓

Unit where incident occurred: Dominguez

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Food Service I-60's miller    major + Grievance    When? last week

What was their response? none, Still putting those pans up on the serving line    MAR 2 5 2024

What action was taken? none

---

State your grievance in the space provided.  Please state who, what, when, where and disciplinary case number if appropriate.

Still have the pans in front of the serving line premaking the trays, no hair nets or beard nets inmates eating on the line while serving food that is a no policy, and not just me we are tired of eating meat water, we never get chicken, or porkchops, hamburgers, everything is meat and water, chow Hall 2 + 1    MAR 2 5 2024

---

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**          **(OVER)**

I-127 Front (Revised 8/2022)

**Action Requested to Resolve Your Complaint.**

Fix the problem or get some one who can or remove me from this Unit   MAR 25 2024

Inmate Signature: _Eric McC_____    Date: 3/23/24

**Grievance Response:**

**Signature Authority:** _____    **Date:** _____
If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**   *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☑ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** B. Talamantes | BT

**Application of the screening criteria for this grievance is not expected to adversely affect the inmate's health.**

**Medical Signature Authority:** _____

**OFFICE USE ONLY**

Initial Submission    UGI Initials: BT

Grievance #: 2024083304

Screening Criteria Used: D2  599

Date Recd from Inmate: MAR 2 5 2024

Date Returned to Inmate: MAR 2 5 2024

**2ⁿᵈ Submission**    UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Inmate: _____

Date Returned to Inmate: _____

**3ʳᵈ Submission**    UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Inmate: _____

Date Returned to Inmate: _____

I-127 Back (Revised 8/2022)

Eri
Price Daniel Unit
938 South Fm 1673
Synder Texas 79599



Clerk U.S. District Court
Western District of Texas
262 West Nueva Street
San Antonio Tx 78207

RECEIVED
AUG 19 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

SAN ANTONIO TX
ENFORCEMENT DIVISION
AUG 19 2024