UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ERIC JERVON MCGEE, <br> # 02167666, <br><br> Plaintiff, <br><br> v. <br><br> WARDEN TERRY ANDREWS; TECHNICIAN BULUTI; NURSE PRACTITIONER LARA; ET AL., <br><br> Defendants. | § § § § § § § § § § § § § §  SA-24-CV-00410-JKP |

## JUDGEMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order dismissing Plaintiff, Eric Jervon McGee's 42 U.S.C. § 1983 Civil Rights Complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure for failure to prosecute and failure to respond to the Court's Order, the Court renders the following Final Judgement pursuant to Federal Rule of Civil Procedure 58.

**IT IS THEREFORE ORDERED** that McGee's Section 1983 Amended Complaint against Defendants, Warden Andrews, Technician Buluti, Nurse Practitioner Laira, Provider Smith and Doctor Cortes, is **DISMISSED WITH PREJUDICE** pursuant to Sections 1915(e)(2)(B)(i)–(ii) and 1915A(b)(1) of Title 28 of the United States Code for failure to state a non-frivolous claim.

SIGNED this 17th day of March, 2025.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE